**Information to identify the case:**

| Debtor 1 | Rachel G. Bonner | Social Security number or ITIN  xxx–xx–2209 |
|---|---|---|
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–31764–JNP | |

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rachel G. Bonner

6/15/18                                                       **By the court:**  Jerrold N. Poslusny Jr.
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                 United States Bankruptcy Court
                                       District of New Jersey
In re:                                                                                  Case No. 17-31764-JNP
Rachel G. Bonner                                                                        Chapter 7
         Debtor                               CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 2                  Date Rcvd: Jun 15, 2018
                              Form ID: 318                 Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2018.
db            +Rachel G. Bonner,   6 Fieldcrest Dr.,   Elmer, NJ 08318-4187
517340511     +Directv, LLC,    by American InfoSource LP as agent,   4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
517144699     +GLELSI/Key Education Res,    2401 International Lane,   Madison, WI 53704-3121
517144703      Office Of Attorney General,    25 Market Street, PO Box 112,   Richard J Hughes Justice Complex,
                Trenton, NJ 08625-0112
517144705    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State Of New Jersey,    P.O. Box 245,
                Dept Of Treasury-Division Of Taxation,   Trenton, NJ 08695-0245)
517144704      Shapiro & Denardo, LLC,    14000 Commerce Parkway Ste B,   Princeton, NJ 08540
517211610     +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
517323134      US DEPT OF EDUCATION,    CLAIMS FILING UNIT,   PO BOX 8973,   MADISON, WI 53708-8973

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QJDMARCHAND.COM Jun 16 2018 03:28:00      Joseph Marchand,   117-119 West Broad St.,
                PO Box 298,   Bridgeton, NJ 08302-0228
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 15 2018 23:47:45      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 15 2018 23:47:39      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517144697      EDI: WFNNB.COM Jun 16 2018 03:28:00      Comenity Bank/Nwyrk&Co,   PO Box 182789,
                Columbus, OH 43218-2789
517144698     +EDI: RCSFNBMARIN.COM Jun 16 2018 03:28:00      Credit One Bank,   PO BOX 98873,
                Las Vegas, NV 89193-8873
517144702      EDI: IRS.COM Jun 16 2018 03:28:00      Internal Revenue Service,   P.O. Box 744,
                Special Procedure Branch,   Springfield, NJ 07081
517357235      EDI: RESURGENT.COM Jun 16 2018 03:28:00      LVNV Funding, LLC its successors and assigns as,
                assignee of MHC Receivables, LLC and,   FNBM, LLC,   Resurgent Capital Services,
                PO Box 10587,   Greenville, SC 29603-0587
517343516      EDI: Q3G.COM Jun 16 2018 03:28:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                PO Box 788,   Kirkland, WA 98083-0788
517144706     +EDI: RMSC.COM Jun 16 2018 03:28:00      Syncb/Jc Penney,   Po Box 965007,
                Orlando, FL 32896-5007
517146841     +EDI: RMSC.COM Jun 16 2018 03:28:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
517144707      EDI: TFSR.COM Jun 16 2018 03:28:00      Toyota Financial Services,   P.O.Box 5855,
                Carol Stream, IL 60197-5855
517207554     +EDI: WFFC.COM Jun 16 2018 03:28:00      Wells Fargo Bank, N.A.,   Attention Payment Processing,
                MAC# X2302-04C,   1 Home Campus,   Des Moines, Iowa 50328-0001
517144708     +EDI: WFFC.COM Jun 16 2018 03:28:00      Wells Fargo Home Mortgage,   PO Box 14591,
                Des Moines, IA 50306-3591
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517144701*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,    PO Box 724,   Springfield, NJ 07081)
517144700*    +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
517144696    ##+Capital Bank,   2755 Philmont Avenue,   Huntingdon Valley, PA 19006-5321
                                                                                    TOTALS: 0, * 2, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-1           User: admin                 Page 2 of 2                  Date Rcvd: Jun 15, 2018
                               Form ID: 318                Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2018 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor   WELLS FARGO BANK, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Rebecca Ann Solarz    on behalf of Creditor   Toyota Motor Credit Corporation
               rsolarz@kmllawgroup.com
              Seymour   Wasserstrum    on behalf of Debtor Rachel G. Bonner mylawyer7@aol.com,   ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```